# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULIA RENTS LLC**<br>    *Plaintiff* | **CIVIL ACTION NO:** _____ |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY**<br>**GRAND RAPIDS, MICHIGAN**<br>    *Defendant* | **JUDGE** _____<br><br>**MAGISTRATE** _____ |

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

### *HURRICANE IDA LITIGATION*

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN (hereinafter from time to time referred to as "Foremost"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Middle District of Louisiana, from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on July 6, 2023, Julia Rents, LLC, a limited liability company organized under the laws of the State of Louisiana and whose principal place of business is in Ascension Parish, Louisiana, filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana a petition for damages bearing docket number C-137,520, Division "D", seeking to recover both contractual and extra-contractual damages and attorney's fees and naming FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN as a defendant. FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN issued a policy of insurance to the

plaintiff, Julia Rents, LLC, that provided certain coverages to it. Said policy forms the basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan; therefore, it is a Citizen of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, was provided a copy of plaintiff's petition and citation, at the earliest, on or about July 25, 2023, as evidenced by the attached pleadings and citation. This was defendant's official notice of the lawsuit having been filed and properly served. *See* Petition and confirmation of service from the Louisiana Secretary of State attached hereto as Exhibit "A."

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan for diversity purposes.

5.

Julia Rents, LLC, who, according to its Petition for Damages and the Louisiana Secretary of State, is a Louisiana limited liability company that has a single member, Kip Hernandez, who is domiciled in the City of Darrow, State of Louisiana and whose principal place of business is in the City of Darrow, Parish of Ascension, State of Louisiana.  Therefore, it is a citizen of the State of Louisiana for diversity purposes.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.[1]  Plaintiff alleges in its original Petition that in January 2023, public adjuster, Matrix Services inspected property it owns located at 12328 Cleo Road, Gonzales, Louisiana and Matrix Services created an estimate of damages documenting $78,483.06 to the dwelling in replacement cost value and $76,977.64 in actual cost value after depreciation of $1,505.42.[2]  Plaintiff further alleges in its original Petition that on or about March 23, 2023, additional documentation of the loss was sent to Foremost Insurance Company Grand Rapids, Michigan making demand on Foremost to pay the sum of $71,315.49, which represented the appraised damages minus the amount of a prior payment made by Foremost in the amount of $2,260.94.[3]  Plaintiff further alleges in its original Petition that Foremost is in bad faith by not providing any additional payments; thus, plaintiff is claiming penalties and attorney's fees.[4]  Plaintiff's allegations that it is entitled to penalties and attorneys' fees shall be considered in ascertaining the amount in controversy.  *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

---

[1] *See* plaintiff's Petition attached hereto as Exhibit "A."
[2] *See* Exhibit "A" at ¶ 14.
[3] *Id.* at ¶ 15.
[4] *Id.* at ¶¶ 33 and 35.

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8.

This action was commenced against all parties in state court on July 6, 2023, and first notice thereof was not received by this defendant prior to July 25, 2023, when Foremost was mailed a copy of the plaintiff's petition for damages through the Secretary of State.[5]  Plaintiff's Petition is clear as to the amount in controversy.

9.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

11.

 A copy of this notice will be filed with the Clerk of the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

---

[5] A return citation has not been submitted to the 23rd Judicial District Court noting the exact date Foremost was served with the Citation, however, Foremost has included information from the Secretary of State's website noting that Foremost was mailed a copy of the Citation on or about July 26, 2023.  Thus, this removal is timely based on the earliest timeline considerations.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS

MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

Baton Rouge, Louisiana, this 24th day of August, 2023.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,**
**BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, LA 70809
Phone: 225.292.6704
Fax:    225.292.6705
Direct: 225.923.7843
Email:  vbargas@kwbbrlaw.com
          bharrell@kwbbrlaw.com
          dmcknight@kwbbrlaw.com
          mlefranc@kwbbrlaw.com

BY: _/s *VALERIE BRIGGS BARGAS*_
      **VALERIE BRIGGS BARGAS**
      Louisiana Bar Roll Number 27392
      **BRIAN W. HARRELL**
      Louisiana Bar Roll Number 28439
      **DEVON B. MCKNIGHT**
      Louisiana Bar Roll Number 33507
      **MAHALIE LeFRANC KYZAR**
      Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company*
*Grand Rapids Michigan*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing *Notice of Removal* has been electronically filed on August 24, 2023, with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. Wesley K. Elmer
Ms. Mary K. Cryar
LABORDE EARLES LAW FIRM, LLC
1901 Kaliste Saloom Road
Lafayette, LA 70508
Fax: 1.337.261.2617
Email: service@onmyside.com
wesley@onmyside.com
maryc@onmyside.com

*S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**