UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIA RENTS LLC                                   CIVIL ACTION

VERSUS

FOREMOST INSURANCE COMPANY       NO. 23-00813-BAJ-SDJ
GRAND RAPIDS, MICHIGAN

## ORDER

Considering the **Notice Of Settlement (Doc. 23)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown and within 60 days, to reopen the action if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 24th day of March, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA