# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JULIA RENTS LLC** | **CIVIL ACTION** |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN** | **NO. 23-00813-BAJ-SDJ** |

## JUDGMENT

Considering the **Final Motion To Dismiss With Prejudice (Doc. 26)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 7th day of May, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**